FILED
United States Court of Appeals
Tenth Circuit

June 3, 2021

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

CARLOS VELASQUEZ,

    Plaintiff - Appellant,

v.

STATE OF UTAH, et al.,

    Defendants - Appellees.

No. 20-4087
(D.C. No. 2:20-CV-00205-DB)
(D. Utah)

---

## ORDER

---

This matter is before the court sua sponte to correct a clerical error. The mandate issued on May 18, 2021, was issued in error. *See* Fed. R. App. P. 41(b). Accordingly, the mandate is recalled.

    Entered for the Court
    CHRISTOPHER M. WOLPERT, Clerk

    by: Lisa A. Lee
        Counsel to the Clerk